UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-81481 DIMITROULEAS

DOROTHY TUCKER,

    Plaintiff(s),

vs.

AETNA LIFE INSURANCE COMPANY,

    Defendant(s).
_____/

FILED BY CBM D.C.

APR 14 2017

STEVEN M LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT LAUD.

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on April 7, 2017. The conference resulted in the following:

The following attorneys, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:

✓ All Plaintiffs and their respective trial counsel.
✓ All Defendants and/or their fully authorized claims representative, and their respective trial counsel.

The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

✓ AGREEMENT.
A partial/final agreement was reduced to writing and signed by the participating parties. Counsel for the parties shall report the partial/final agreement to the Court, and /or file the appropriate stipulation for Dismissal.

___ NO AGREEMENT.
The parties did not reach an agreement.

___ These proceedings have been adjourned and the mediation hearing shall be resumed on

_____.

CERTIFICATE OF SERVICE

I hereby certify that on 4/10/17 a copy of the above was sent via Electronic Mail to: **William Coffman, Jr., Esquire**, erisa@benefitsdenied.com; tiffany@benefitsdenied.com; **Jonathan M. Fordin, Esquire**, jfordin@shutts.com; lbugliaro@shutts.com.

Respectfully submitted,

*/s/ Charles N. Tetunic*

Charles N. Tetunic, Mediator
Mediator # 3022R
Upchurch Watson White & Max
900 South Pine Island Rd., Suite 410
Plantation, FL 33324
Phone: 954-423-8856 Fax: 954-334-2838
ctetunic@uww-adr.com