UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-81481-WPD

DOROTHY TUCKER,

    Plaintiff,

vs.

AETNA LIFE INSURANCE COMPANY,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal with Prejudice [DE 21] (the "Joint Stipulation"), filed herein on April 26, 2017. The Court has carefully considered the Joint Stipulation, notes the signatures of counsel, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.     The Joint Stipulation [DE 21] is hereby **APPROVED**;

2.     This action is **DISMISSED with prejudice**;

3.     The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of April, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record

SHUTTS.COM | FORT LAUDERDALE | MIAMI | ORLANDO | SARASOTA | TALLAHASSEE | TAMPA | WEST PALM BEACH